## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **ARRAIGNMENT** |
| **SHANE M. SELLS** | Case No. 14-CR-248 |

HONORABLE JAMES R. SICKEL, presiding        Tape No.: 121814

Deputy Clerk: Amanda        Hearing Began: 2:15 p.m.

Hearing Held: December 18, 2014        Hearing Ended: 2:20 p.m.

**Appearances:**

UNITED STATES OF AMERICA by:     Daniel R. Humble

SHANE M. SELLS, in person, and by:     Krista Halla-Valdes

U.S. PROBATION OFFICE by:     ☒ Robert Herman     ☐ Amy Kosmoski

INTERPRETER: ☒ None     ☐ Sworn

☒ Original Indictment     ☐ Superseding Indictment     ☒ Felony     ☐ Misdemeanor

| | | | |
|---|---|---|---|
| Speedy Trial Date: | February 26, 2015 | Trial Estimate: | 3 days |
| Final Pretrial Date: | February 11, 2015 at 10:30 a.m. | Motions Due: | January 5, 2015 |
| Jury Trial Date: | February 23, 2015 at 8:30 a.m. | Responses Due: | January 15, 2015 |
| District Judge: | William C. Griesbach | Replies Due: | January 20, 2015 |
| Magistrate Judge: | Nancy Joseph | | |

☒ Defendant advised of rights     ☒ Defendant advised of maximum penalties

☒ Court orders counsel appointed     ☒ Open discovery policy applies

☒ Copy of indictment received by defendant     ☒ Government to disclose GJ materials one day prior to trial
    ☐ indictment read; or ☒ Defendant waives reading

☒ Not guilty plea entered by: ☒ defendant ☐ the court

☐ Defendant is released on :     ☐ O/R bond;     ☐ Cash bond;     ☐ Property Bond;     ☐ with conditions.
SEE Order Setting Conditions of Release.
☐ Defendant is ordered detained pending trial. SEE Order of Detention Pending Trial.
☐ Court orders federal detainer.
☒ Defendant is ordered temporarily detained. Detention Hearing set for: December 22, 2014 at 2:30 p.m.
☐ Bond continued; or     ☐ Detention continued     as previously set.

Maximum Penalties: Count 1: minimum 15 yrs. up to 30 yrs. imprisonment; 5 yrs. - Life SR; $250,000.00 fine; $100.00 SA
Count 2: 10 yrs. imprisonment; 5 yrs. - Life SR; $250,000.00 fine; $100.00 SA