# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | |
| ) | Case No.: 14-CR-248 |
| SHANE M. SELLS ) | |
| *Defendant* ) | |

USDC EDWI
FILED IN GREEN BAY DIV
DEC 18 2014
AT_____ O'CLOCK ____M
JON W. SANFILIPPO

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Shane M. Sells,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

This offense is briefly described as follows:

Count 1 - 18:2251(a) Sexual Exploitation of Children
Count 2 - 18:2252A(a)(5)(B) Activities Re Material Constituting/Containing Child Porno

Date: December 17, 2014

s/ A. Wachtendonck
*Issuing officer's signature*

JON W. SANFILIPPO, Clerk, U.S. District Court
By: A. Wachtendonck, Deputy Clerk
*Printed name and title*

City and state: Green Bay, Wisconsin

### Return

This warrant was received on *(date)* 12/17/14, and the person was arrested on 12/17/14
at *(city and state)* New London, WI.

Date: 12/17/14

Kristin M. Ha---
*Arresting officer's signature*

Kristina M. Haven, Deputy U.S. Marshal
*Printed name and title*