# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **DETENTION HEARING** |
| **SHANE M. SELLS** | CASE NUMBER 14-CR-248 |

| | |
|---|---|
| HONORABLE JAMES R. SICKEL, presiding | Tape No.: 122214 |
| Deputy Clerk: Cheryl | Hearing Began: 2:44 p.m. |
| Hearing Held: December 22, 2014 | Hearing Ended: 3:00 p.m. |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel R. Humble |
| SHANE M. SELLS, in person, and by: | Krista Halla-Valdes |
| U.S. PROBATION OFFICE by: | ☐ Mitch Farra  ☐ Amy Kosmoski  ☒ Robert Herman |
| INTERPRETER: ☐ None  ☐ Sworn | |

☐ Defendant is released on ☐ O/R bond; ☐ Cash bond; ☐ Property Bond; ☐ with conditions. SEE Order Setting Conditions of Release.
☒ Defendant is ordered detained pending trial. SEE Order of Detention Pending Trial.
☐ Court orders federal detainer.
☐ Defendant is ordered temporarily detained and this detention hearing is continued to:

The governments presents argument for detention pending trial.
The defendant presents argument for release with condition of home confinement.