# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CHANGE OF PLEA HEARING** |
| **SHANE M. SELLS** | Case No. 14-CR-248 |

HONORABLE WILLIAM C. GRIESBACH, presiding      Tape No.: 022015

Deputy Clerk: Cheryl      Hearing Began: 10:35 a.m.

Hearing Held: February 20, 2015      Hearing Ended: 10:57 a.m.

**Appearances:**

UNITED STATES OF AMERICA by:      Daniel R. Humble

SHANE M. SELLS, in person, and by:      Krista Halla-Valdes

U.S. PROBATION OFFICE by:

INTERPRETER: ☒ None    ☐ Sworn

- ☒ Defense counsel advises that defendant wishes to enter a plea of guilty
- ☒ Plea agreement filed
- ☒ Defendant has reviewed plea agreement with counsel and is satisfied w/representation
- ☒ Defendant sworn
- ☒ Defendant advised that false statements made under oath may result in prosecution for perjury
  - ☒ Court questions defendant as to background, education, medical history, drug usage
- ☒ Court advises defendant as to:
  - ☒ Elements of the offense
  - ☒ Maximum penalties
  - ☒ Mandatory minimum sentence
  - ☐ Forfeiture provision
  - ☒ Sentencing guidelines
  - ☒ Right to a jury trial
  - ☒ Waiver of appeal rights
- ☒ Government provides factual basis as set forth in plea agreement

- ☒ GUILTY plea entered to Count(s)   1   of the
  - ☒ indictment
  - ☐ superseding indictment
  - ☐ information
- ☒ Court finds defendant's plea to be knowing and voluntary and that there is a factual basis for the plea
- ☒ Defendant adjudged guilty      ☒ PSR ordered
- ☒ Sentencing scheduled for: May 12, 2015 at 1:30 p.m.

☒ Detention continued; or    ☐ Bond continued:    ☐ as previously set; or    ☐ as modified: