# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel W. Stiller
Tom Phillip
Krista Halla-Valdes

801 East Walnut Street
Second Floor
Green Bay, Wisconsin 54301

Telephone 920-430-9900
Facsimile 920-430-9901

May 5, 2015

Hon. William C. Griesbach
United States District Judge
125 South Jefferson Street, Room 203
Green Bay, WI 54301-4541

RE:   *United States v. Shane M. Sells*
      Case No. 14-CR-248

Dear Judge Griesbach:

Mr. Sells' sentencing hearing is currently set for Tuesday, May 12, 2015, at 1:30 p.m. I have hearings in Milwaukee on that date. Therefore, I am requesting that the sentencing hearing be moved forward to Monday, May 11, at 1:30 p.m., since the Martin sentencing scheduled for that time has been adjourned.

I have spoken with AUSA Daniel Humble and he has no objection to this request. I also communicated with Probation Officers Mitch Farra and Jim Fetherston, and they also have no objection to this request.

As always, if the Court has any questions regarding this request or the case in general, please contact me.

Sincerely,

s/ Krista Halla-Valdes
Krista Halla-Valdes, Florida Bar #0073369
Associate Federal Defender

KHV/cb
cc:   AUSA Daniel R. Humble (via ECF)
      USPO Mitch Farra (via email)
      USPO Jim Fetherston (via email)

N:\Cases-Open\S-T\Sells, Shane - 15-040\Correspondence\Judge 050515.wpd