UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.        Case No. 14-CR-248

SHANE M. SELLS,

    Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE

---

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of the guilty plea of the above-named defendant to Count One of the Indictment, defendant Shane M. Sells agrees to the forfeiture of the property listed in the forfeiture notice of the Indictment filed on December 16, 2014.

IT IS HEREBY ORDERED that all right, title and interest in the property described below is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2253:

1.    A HP Compaq computer, serial number CNG7500XVD;

2.    One silver Apple tower computer, serial number G87381ZMUQ2; and

3.    One silver Apple G5 tower computer, serial number G85420KXR6U.

IT IS FURTHER ORDERED that the above items shall be seized forthwith by the Wisconsin Department of Justice - Division of Criminal Investigation and the United States Marshal Service, or its duly authorized representative.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

IT IS FURTHER ORDERED that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Green Bay, Wisconsin, this _____ day of_____, 2015.

_____
HONORABLE WILLIAM C. GRIESBACH
Chief United States District Judge