# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel W. Stiller
Tom Phillip
Krista Halla-Valdes

801 East Walnut Street
Second Floor
Green Bay, Wisconsin 54301

Telephone 920-430-9900
Facsimile 920-430-9901

May 11, 2015

Hon. William C. Griesbach
United States District Judge
125 South Jefferson Street, Room 203
Green Bay, WI 54301-4541

RE: *United States v. Shane M. Sells*
Case No. 14-CR-248

Dear Judge Griesbach:

Mr. Sells' sentencing hearing is today, May 11, 2015, at 1:30 p.m. Attached are letters of support from his family. I also wanted to inform the Court that we are in agreement with the Sentencing Memorandum filed with the government and are requesting the same sentence of 180 months and lifetime supervised release. Finally, I have reviewed the conditions of supervised release included in the Pre-Sentence Investigation Report and object to #9 and #10 as they address controlled substance use and there is no history of Mr. Sells using controlled substances. We would ask that those two conditions not be imposed.

As always, if the Court has any questions regarding this matter or the case in general, please contact me.

Sincerely,

**s/ Krista Halla-Valdes**
Krista Halla-Valdes, Florida Bar #0073369
Associate Federal Defender

KHV/cb
Enclosures
cc: AUSA Daniel R. Humble (via ECF)
　　USPO Mitch Farra (via email)
　　USPO Jim Fetherston (via email)

N:\Cases-Open\S-T\Sells, Shane - 15-040\Correspondence\Judge 051115.wpd