Honorable William C. Griesbach
United States District Judge
Eastern District of Wisconsin
P.O Box 22490

Re: United States V. Shane M. Sells
Case No. 14-CR-248

Dear Honorable Judge Griesbach:

My name is Tom Sells and I am the father of Shane.

Shane is talented with his music and did attend recording school in Madison. He loves to play his guitar and was always a good student in school.

Shane has had mental problems since he was about 16. He lived in my Grandfathers house next to my bisness so I could keep and eye on him. I would have him call so I knew he was doing OK. He went for weekly therapy sessions and did ok. Sometimes he wouldn't get out of bed and it was hard for him to do daily tasks.

On his good days he helped me at the workplace and ran errands.

for me.

I understand Shone needs to be punished, but hope you will take and consider his mental problems.

I realize sentencing is not easy and know you will make a "just" decision.

Thank you for reading this letter!

Respectfully
Tom Bell

Honorable William C. Griesbach
United States District Judge,
Eastern District of Wisconsin
P.O. Box 22490
Re: United States v. Shane M. Sells
Case No. 14-CR-248

Dear Honorable Judge Griesbach:

My name is Sherry Heckel and I am Shane's Step Mother. I have known Shane for 16 years.

Shane is probably one of the kindess most caring people I have met. He records music and is a very intelligent person. We would play Trivial Pursuit and he knew most answers in all catagories. Shane helped care for his Grandmother when she was ill and dying. Whenever one of the family members needed help Shane was there he to help. He was voted validictorian at his recording School in Madison.

His mental problems were also with him as long as I've known him. I recall filling out his paperwork for him to get assistance for Medicaid and all the answers to questions were "yes when he having good days"

When he wasn't having a good day or spell. He wouldn't come out of his house or answer his phone for 2 or 3 days. When he was good he seemed so "normal". He has seen counselors, psychiatrists for as long as I've known him and would sometimes seem good with some skills but still go back to his slumps.

I realize the sentencing is not an easy job and I know what Shone has done is wrong and deserves punishment.

I hope you will consider his mental problems and perhaps choose a less restrictive facility for Shone so he can get some help. I feel Shone could serve in society with the correct help and would not hurt anyone or be a threat.

He was working on visiting with the elderly at our local Nursing Home. His therapists was encouraging this and he just needed a push.

I appreciate you taking the time to read this letter. I will pray for what is fair and just!

Best Regards,

Sherry Heckel

Tara Mashuda



Honorable William C. Griesbach
United States District Judge
Eastern District of Wisconsin
P.O. Box 22490
Green Bay, Wisconsin 54305-2370

RE: *United States v. Shane M Sells* Case No. 14-CR-248

Dear Honorable Judge Griesbach:

    I am the younger sister and youngest sibling to Shane Sells. Even as children we were quite close and shared several common interests from playing baseball, collecting sports cards, and our love of space. As adults I considered him my best friend, along with our recently deceased mother. He has always been there for me whether it was a shoulder to cry on, a person to watch my pets while I was away, or to listen to me go on about the big dreams and ideas I had that others were not interested in hearing about. It was not uncommon for us to talk on the phone for hours at a time. Shane was rarely in trouble as a child and was always liked by his peers and especially his teachers.

    I am aware of the seriousness of the crimes for which Shane is being sentenced and understand the best interest of the public needs to be considered. I wish nothing more than for Shane to get the treatment that he needs to overcome his criminal ways. I believe that he is a good person who did a horrible thing, and can become a functioning part of society with the right treatment. I love my brother dearly and would like to be able to visit him regularly while he is incarcerated, and would hope he could be placed in a facility close to Wisconsin. He is not a violent man, and has been cooperative with the authorities. I would hope to have that considered in his sentencing.

    I acknowledge the difficulty in determining sentencing and appreciate you taking the time to read and consider my letter.

Sincerely,

Tara Mashuda

April 18, 2015

Honorable William C. Griesbach

United States District Judge
Eastern District of Wisconsin
P.O. Box 22490
Green Bay, WI 54305-2370

RE: *United States v. Shane M. Sells*
Case No. 14-CR-248

Dear Honorable Judge Griesbach:

My name is Pamela Clough. I am a Clinical Social Worker employed at Bellin Psychiatric Center. I have known Shane since his birth. He is the son of my cousin, Tom Sells.

Shane is a very caring person. Family is his top priority. His was the first RSVP I received for my wedding, which was not a surprise. He attended and enjoyed all family functions. When my aunt, his grandmother, was battling cancer, he was her primary care giver.

Shane was diagnosed with Schizophrenia in late adolescence. His mental illness is a challenge. Shane has been compliant with his treatment. When he feels himself slipping, he asks for help. I am respectfully suggesting Shane serve his sentence in a minimum security facility. I believe this environment would be best for him as his mental health needs would be met more appropriately.

I appreciate the difficulty you must face in reaching a fair and just sentence. I thank you for your time and consideration in regarding my words in this matter.

Sincerely,

Pamela Clough