UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                      Case No. 14-CR-248

SHANE M. SELLS,

        Defendant.

---

**MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE AND JUDGMENT**

---

The United States of America, by its attorneys, Gregory J. Haanstad, Acting United States Attorney for the Eastern District of Wisconsin and Daniel R. Humble, Assistant United States Attorney for said district, hereby moves this Court for an order and judgment giving the government clear title to the HP Compaq computer, serial number CNG7500XVD, described in this Court's order entered on May 11, 2015. This motion is based on the provisions of Title 18, United States Code, Section 2253 and on all proceedings of record in this case. The following are submitted in support of this motion: a proposed order and judgment; and the supporting affidavit of Assistant United States Attorney Daniel R. Humble, together with the attached exhibit.

The United States further moves for the dismissal of the following items which have been returned in the interest of justice:

    1.    One silver Apple tower computer, serial number G87381ZMUQ2; and

    2.    One silver Apple G5 tower computer, serial number G85420KXR6U.

Respectfully submitted this 9th day of December, 2015.

                    GREGORY J. HAANSTAD
                    Acting United States Attorney

By:  s/DANIEL R. HUMBLE
      Assistant United States Attorney
      Daniel R. Humble Bar Number: 1035970
      Attorney for Plaintiff
      Office of the United States Attorney
      Eastern District of Wisconsin
      517 East Wisconsin Avenue, Room 530
      Milwaukee, WI 53202
      Telephone: (414) 297-1700
      Fax: (414) 297-1738
      E-Mail: daniel.humble@usdoj.gov