UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

UNITED STATES OF AMERICA,

    Plaintiff,

    v.        Case No. 14-CR-248

SHANE M. SELLS,

    Defendant.

___

# A F F I D A V I T

___

STATE OF WISCONSIN   )
                            )ss
COUNTY OF BROWN      )

    I, Daniel R. Humble, being first duly sworn do hereby depose and say that:

    1.    I am the Assistant United States Attorney assigned to handle the prosecution of the above-entitled matter.

    2.    This affidavit is submitted in support of the government's motion for an order and judgment of forfeiture.

    3.    On May 11, 2015, this Court issued an order forfeiting the interest of defendant Shane M. Sells in the property items listed in the Indictment filed on December 16, 2014. R. 19.

    4.    On July 21, 2015, the government filed a notice of forfeiture with respect to the property named in this Court's May 11, 2015 forfeiture order, and caused this notice to be posted on an official government internet site for at least 30 consecutive days, beginning on

July 22, 2015 and ending on August 20, 2015, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). Copies of the Declaration of Publication, Notice of Forfeiture, and Advertisement Certification Report evidencing notice of the forfeiture action are attached hereto as <u>Exhibit A</u>.

5. Pursuant to 21 U.S.C. § 853(n)(1), written notice of forfeiture was also mailed to all parties of record who might have a claim or interest in the property covered by this Court's May 11, 2015 forfeiture order.

6. Pursuant to 21 U.S.C. § 853(n)(1), interested parties must assert a claim for the forfeited property within 30 days of the final publication of notice or receipt of the notice, whichever is earlier. To date, no claims have been filed in response to the July 21, 2015 notice of forfeiture, and the time to respond has expired.

By: <u>s/DANIEL R. HUMBLE</u>
Assistant United States Attorney
Daniel R. Humble Bar Number: 1035970
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: daniel.humble@usdoj.gov

Subscribed and sworn to before me
this 7th day of December, 2015.

<u>s/WILLIAM J. ROACH</u>
Notary Public, State of Wisconsin
My commission: <u>is permanent</u>