UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

UNITED STATES OF AMERICA,

    Plaintiff,

    v.    Case No. 14-CR-248

SHANE M. SELLS,

    Defendant.

___

**FINAL ORDER OF FORFEITURE AND JUDGMENT**

___

The Court, having considered the motion of the United States of America together with the affidavit of Assistant United States Attorney Daniel R. Humble, and being satisfied that the terms and provisions of Title 18, United States Code, Section 2253 and Title 21, United States Code, Section 853 have been satisfied,

IT IS ORDERED, pursuant to Title 18, United States Code, Section 2253 and Title 21, United States Code, Section 853, that the United States of America has clear title to the HP Compaq computer, serial number CNG7500XVD, and may dispose of the property according to law.

IT IS FURTHER ORDERED, that the Wisconsin Department of Justice-Division of Criminal Investigation, or its duly authorized representative should destroy the above-listed property.

IT IS FURTHER ORDERED, that the following items be, and hereby are, dismissed from the forfeiture notice of the Indictment:

1. One silver Apple tower computer, serial number G87381ZMUQ2; and

2. One silver Apple G5 tower computer, serial number G85420KXR6U.

Dated at Green Bay, Wisconsin, this 10th day of December, 2015.

s/ William C. Griesbach
WILLIAM C. GRIESBACH, Chief Judge
United States District Court - WIED